CARPLES v. JOHN DEERE WAGON CO. (No. 7119.)

(Supreme Court, Appellate Division, First Department. April 1, 1915.)

DISCOVERY ☞58—CORPORATIONS—GENERAL MANAGER.

    An order for the examination of a corporate defendant before trial should specify the corporate officer who is to be examined.

    [Ed. Note.—For other cases, see Discovery, Cent. Dig. § 72; Dec. Dig. ☞58.]

Appeal from Special Term, New York County.

Action by James M. Carples against the John Deere Wagon Company. From an order denying a motion to vacate an order for the examination of defendant, it appeals. Modified and affirmed.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

Chas. A. Taussig, of New York City, for appellant.

William O. Gennert, of New York City, for respondent.

PER CURIAM. The order appealed from is modified, so as to require the defendant, a corporation, to be examined, and that for that purpose Edward E. Parsonage, as general manager, secretary, and director thereof, appear and be examined.

As so modified, the order is affirmed, with $10 costs and disbursements to the respondent.

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes